# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CR-26-44-GF-BMM** |
| **Plaintiff,** | |
| **vs.** | **ORDER** |
| **JESSE RAY BLACKMAN,** | |
| **Defendant.** | |

Upon the unopposed motion of the United States, and for good cause shown,

IT IS ORDERED that the warrant for the arrest of Jesse Ray Blackman be quashed, and a summons be issued for his appearance.

DATED this 9th day of July 2026.

_____
John Johnston
United States Magistrate Judge